Donna Lynn HENRY, Plaintiff–
Appellant,

v.

Carolyn W. COLVIN, Acting Commis-
sioner, Social Security Administra-
tion, Defendant–Appellee.

No. 14–1640.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 21, 2014.

Filed: Dec. 4, 2014.

Matthew J. Ketcham, Noland & Caddell,
Fort Smith, AR, for Plaintiff–Appellant.

Pamela Das Koehler, Special, Adrial B.
McField, Special, Social Security Adminis-
tration Office of General Counsel Region
VI, Dallas, TX, for Defendant–Appellee.

Before WOLLMAN, BYE, and
MELLOY, Circuit Judges.

PER CURIAM.

Donna Lynn Henry appeals the district
court's [1] order affirming the denial of dis-
ability insurance benefits and supplemen-
tal security income. Upon de novo review,
we agree with the district court that the
administrative law judge's (ALJ's) decision
is supported by substantial evidence on the
record as a whole. *See Owens v. Colvin,*
727 F.3d 850, 851 (8th Cir.2013). Specifi-
cally, contrary to Henry's assertions on
appeal, the ALJ's credibility determination
is entitled to deference because it is based
on several valid reasons, *see McDade v.
Astrue,* 720 F.3d 994, 998 (8th Cir.2013);
the ALJ properly discounted the RFC
opinions of two treating physicians, *see
Perkins v. Astrue,* 648 F.3d 892, 897–98
(8th Cir.2011) (treating physician's opinion
does not automatically control); *Davidson
v. Astrue,* 501 F.3d 987, 990–91 (8th Cir.
2007) (treating physician's opinion is prop-
erly discounted when it is inconsistent with
physician's own treatment notes); Henry
failed to meet her burden of establishing
more limitations than those found by the
ALJ in his RFC determination, which
were consistent with the medical evidence,
*see Martise v. Astrue,* 641 F.3d 909, 923
(8th Cir.2011) (claimant bears burden of
persuasion to prove disability and demon-
strate RFC; RFC is medical question so it
must be supported by some medical evi-
dence); and because the ALJ's hypotheti-
cal to the vocational expert encompassed
all of Henry's proven impairments, the
vocational expert's response to the hypo-
thetical constituted substantial evidence,
*see Buckner v. Astrue,* 646 F.3d 549, 560–
61 (8th Cir.2011). The judgment of the
district court is affirmed.

---

1. The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas.